UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MAMDOUH MAHMUD SALIM,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/2020

1:01-cr-00002 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Defendant's request for an extension of time to file his reply memorandum [ECF #143] is GRANTED.  Defendant should file his reply on or before August 31, 2020.

    The Court will mail a copy of this order to the Defendant.

**SO ORDERED.**

**Date:  July 30, 2020**
**New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**