USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MAMDOUH MAHMUD SALIM,

Defendant.

01-cr-00002-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

By letter dated November 22, 2021, Defendant Mamdouh Mahmud Salim moved this Court to appoint him counsel. [ECF No. 149]. Defendant stated that counsel was necessary because the Court had not yet ruled on Defendant's request to reduce his sentence under 18 U.S.C. § 3582(c)(2) [ECF No. 137], and an "attorney would be the right person to follow up [on] this matter." [ECF No. 149 at 3].

Shortly after receiving the letter on December 1, 2021, the Court denied the motion for a sentence reduction, and otherwise transferred this case to the Second Circuit as a request for a successive habeas petition. [ECF No. 150]. Because the Court has ruled on the motion with respect to which Defendant requested counsel, the Court denies Defendant's request as moot.

**SO ORDERED.**

**Date: December 3, 2021**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**