```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

MAMDOUH MAHMUD SALIM,

Defendant.

---

01-cr-00002-MKV

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

The Court is in receipt of a letter from Defendant Mamdouh Mahmud Salim dated February 20, 2022. [ECF No. 152]. In that letter, Defendant writes to confirm the receipt of a December 29, 2021 habeas petition made pursuant to 28 U.S.C. § 2241. Defendant's Section 2241 habeas petition is an unrelated civil matter being handled under a different case number. Defendant is referred to case number 1:22-cv-00721-LTS for information on his Section 2241 petition. The Clerk of the Court respectfully is requested to mail to Defendant a copy of this order and a copy of the docket sheet for 22-cv-00721.

**SO ORDERED.**

**Date:  March 4, 2022**
      **New York, NY**

_____
MARY KAY VYSKOCIL
United States District Judge