USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MAMDOUH MAHMUD SALIM,

Defendant.

1:01-cr-00002 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Defendant's Motion for Modification of Restitution.  [ECF No. 155] (the "Motion"); *see also* [ECF No. 156] (seeking "default judgment" on the Motion).  The Government shall respond to the Motion on or before February 11, 2026.

The Clerk of Court is respectfully requested to mail a copy of this order to Defendant.

**SO ORDERED.**

**Date:  January 12, 2026**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**